# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| **ALLSTATE INDEMNITY COMPANY, an** Illinois Corporation, **Plaintiff,** v. **NICHOLAS HUNTSMAN; MOUNTAIN SUNRISE FEED, LLC; EXPORT PROCESSORS, LLC; DOES 1-10; ESTATE OF LYMAN HUNTSMAN; THE LYMAN E. AND MARIE M. HUNTSMAN FAMILY TRUST; DOES 11-100; AND; FORNAZOR INTERNATIONAL, INC.,** **Defendants.** | **MEMORANDUM DECISION AND ORDER** **Case No. 2:14-cv-786-PMW** **Chief Magistrate Judge Paul M. Warner** |

On April 14, 2015, all parties consented to having United States Magistrate Judge Paul M. Warner conduct all proceedings in the case, including entry of final judgment, with appeal to the United States Court of Appeals for the Tenth Circuit.[1] 28 U.S.C. § 636(c); Fed. R. Civ. P. 73. Before the court is the parties' stipulated motion to dismiss with prejudice.[2]

Based on the parties' stipulated motion and for good cause appearing, said motion is

---

[1] Dkt. no. 23.

[2] Dkt. no. 30.

**GRANTED**.  The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED**.

DATED this 11th day of April, 2017.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge